IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO.6:25-CR-00118-JCB-JDL-21 |
| | § | |
| ZOHAIB MUHAMMAD | § | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

TO THE HONORABLE J. CAMPBELL BARKER, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS, TYLER DIVISION:

NOW COMES, ZOHAIB MUHAMMAD, defendant, through his attorneys of record and files this Motion to Modify Conditions of Release, and in support thereof would show as follows:

I.

On May 12, 2026, the Defendant appeared for his initial appearance in the Southern District of Texas. The government did not move for detention and agreed with the bond conditions recommended by pre-trial services. The Honorable United States Magistrate Judge Christina A. Bryan entered an order setting conditions of release. [Docket No. 17] A special condition ordered stand-alone monitoring with GPS technology. Counsel informed Magistrate Judge Bryan at the initial appearance that U.S. Immigration and Customs Enforcement (ICE) had lodged a detainer and if an immigration bond was ultimately set it would certainly

have GPS monitoring as a condition. She urged counsel to raise removal of the GPS monitor in the criminal case in a separate motion at the appropriate time.

II.

On September 28, 2026, the Honorable Jane M. Beckering sitting in the United States District Court for the Western District of Michigan granted defendant's petition for writ of habeas corpus and ordered his immediate release from ICE custody. Defendant is currently under GPS location monitoring administered by ICE, pursuant to Judge Beckering's order. Through this motion, Defendant respectfully requests that this Honorable Court remove the GPS monitoring condition that was previously imposed by the Magistrate Judge Bryan in the Southern District of Texas. All parties agree that a second GPS location monitoring device is not necessary.

Defendant requests this Honorable Court modify the conditions of release to remove the condition of release imposed by the Southern District of Texas. Defendant has diligently obeyed all the conditions of his release. Because of his compliance and cooperation, defendant respectfully requests removal of the GPS monitoring condition.

WHEREFORE PREMISES CONSIDERED, Defendant prays this Honorable Court to grant this motion and amend his conditions of release.

Respectfully submitted,

SCHAFFER KENNEDY JOHNSON

*/s/ Kent A. Schaffer*

KENT A. SCHAFFER
Federal ID No. 3603
TBA No. 17724300
JAMES M. KENNEDY
Federal ID No. 30414
TBA No. 24008754
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: jameskennedy@skjm.law

Counsel for Defendant,
ZOHAIB MUHAMMAD

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant conferred with AUSA Emil Melchior Mikkelsen concerning his position on Defendant's Motion to Modify Conditions of Release. Mr. Mikkelsen stated that the government is unopposed.

Counsel for Defendant conferred with United States Probation Officer J. Trujillo concerning her position on Defendant's Motion to Modify Conditions of Release. Ms. Trujillo stated that the probation department defers to the Court.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to AUSA Emil Melchior Mikkelsen.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER